IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **HILARIE BURSTEN,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 4:24-cv-196 |
| § | |
| **CHRISTIE CANNON REALTY TEAM,** § | |
| **INC. AND CHRISTIE CANNON,** § | |
| **INDIVIDUALLY,** § | |
| § | |
| **Defendants.** § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Plaintiff, Hilarie Bursten, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Hilarie Bursten
Collin County, Texas
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**