IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HILARIE BURSTEN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:24-CV-196 |
| CHRISTIE CANNON REALTY TEAM, INC. AND CHRISTIE CANNON, INDIVIDUALLY | § § § § § | |
| Defendants. | § § | |

### DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

NOW COMES Defendants Christie Cannon Realty Team, Inc. and Christie Cannon, Individually, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Hilarie Bursten
c/o Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

Christie Cannon Realty Team, Inc.
c/o Katie Beaird
K. Shane Thomas
Jay Wallace
Bell Nunnally & Martin, LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201

Christie Cannon

c/o ,Katie Beaird
K. Shane Thomas
Jay Wallace
Bell Nunnally & Martin, LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201

Dated: April 9, 2024.

        Respectfully submitted,

        **BELL NUNNALLY & MARTIN LLP**

        By:    /s/ *Katie Beaird*
                  Katie R. Beaird
                  State Bar No. 24092099
                  kbeaird@bellnunnally.com
                  K. Shane Thomas
                  State Bar No. 24126045
                  sthomas@bellnunnally.com
                  Jay M. Wallace
                  State Bar No. 20769200
                  jwallace@bellnunnally.com

        2323 Ross Avenue, Suite 1900
        Dallas, Texas  75201
        Tel: 214/740-1400
        Fax: 214/740-1499

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 9, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Texas using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

                                                                   /s/ *Katie Beaird*
                                                                   Katie Beaird

(10018728.1) / 12158.6