IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **HILARIE BURSTEN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:24-CV-196 |
| § | |
| **CHRISTIE CANNON REALTY TEAM,** § | |
| **INC. AND CHRISTIE CANNON,** § | |
| **INDIVIDUALLY** § | |
| § | |
| Defendants. § | |

### DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Christie Cannon Realty Team, Inc. and Christie Cannon, Individually, state as follows:

Christie Cannon Realty Team, Inc., is a domestic corporation. There is no parent corporation or a publicly held corporation owning 10% or more of Christie Cannon Realty Team, Inc.

Dated: April 9, 2024.

      Respectfully submitted,

      **BELL NUNNALLY & MARTIN LLP**

      By:  /s/ *Katie Beaird*
           Katie Beaird
           State Bar No. 24092099
           kbeaird@bellnunnally.com
           K. Shane Thomas
           State Bar No. 24126045
           sthomas@bellnunnally.com
           Jay M. Wallace
           State Bar No. 20769200
           jwallace@bellnunnally.com
      2323 Ross Avenue, Suite 1900
      Dallas, Texas  75201
      Tel: 214/740-1400
      Fax: 214/740-1499

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Texas using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

      /s/ *Katie Beaird*
      Katie Beaird