IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **HILARIE BURSTEN,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 4:24-cv-196-ALM |
| **CHRISTIE CANNON REALTY TEAM, INC. AND CHRISTIE CANNON, INDIVIDUALLY,** | § § § § § | |
| **Defendants.** | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**

Before the Court is Plaintiff's Motion to Dismiss Defendants' Counterclaim for breach of contract. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Dismiss Defendants' Counterclaim is GRANTED, and Defendants' counterclaim is hereby dismissed without prejudice.