# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| HILARIE BURSTEN, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-196 |
| | § | |
| CHRISTIE CANNON REALTY TEAM, | § | |
| INC. AND CHRISTIE CANNON, | § | |
| INDIVIDUALLY, | § | |
|    *Defendants* | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hilarie Bursten and Defendants Christie Cannon Realty Team, Inc and Christie Cannon, individually, by and through undersigned counsel, hereby stipulate and agree to the dismissal of Defendants' Original Counterclaim without prejudice.

**IT IS SO STIPULATED.**

Respectfully submitted,

By:/s/ *Katie Beaird*
    Jay Wallace
    State Bar No. 20769200
    jwallace@bellnunnally.com
    Katie Beaird
    State Bar No. 24092099
    kbeaird@bellnunnally.com
    K. Shane Thomas
    State Bar No. 24126045
    sthomas@bellnunnally.com

**BELL NUNNALLY & MARTIN LLP**
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214-740-1400 Telephone
214-740-1499 Facsimile

**ATTORNEYS FOR DEFENDANTS**

AND

By:/s/ *Douglas B. Welmaker* (*with permission)
    Douglas B. Welmaker
    State Bar No. 00788641
    doug@welmakerlaw.com

**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 3, 2024, a true and correct copy of the foregoing document was served on counsel of record via ECF.

/s/ *Katie Beaird*
Katie Beaird