IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HILARIE BURSTEN, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-196 |
| | § | |
| CHRISTIE CANNON REALTY TEAM, | § | |
| INC. AND CHRISTIE CANNON, | § | |
| INDIVIDUALLY, | § | |
|    *Defendants.* | § | |

## ORDER REGARDING JOINT STIPULATION
## OF DISMISSAL WITHOUT PREJUDICE

Came on for consideration this day, the Joint Stipulation of Dismissal Without Prejudice, filed in the above-captioned action on May 3, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants' counterclaim against Plaintiff is hereby **DISMISSED** without prejudice. All costs and fees are paid by the parties that incurred them.

    **IT IS SO ORDERED.**