IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HILARIE BURSTEN, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-196 |
| | § | |
| CHRISTIE CANNON REALTY TEAM, | § | |
| INC. AND CHRISTIE CANNON, | § | |
| INDIVIDUALLY, | § | |
|    *Defendants*. | § | |

## ORDER REGARDING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Joint Stipulation of Dismissal Without Prejudice, filed in the above-captioned action on May 3, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants' counterclaim against Plaintiff is hereby **DISMISSED** without prejudice. All costs and fees are paid by the parties that incurred them.

It is further ORDERED that Plaintiff's Motion to Dismiss Counterclaim (Dkt. #8) is denied as moot.

IT IS SO ORDERED.

SIGNED this 15th day of May, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE