IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HILARIE BURSTEN, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-196 |
| | § | |
| CHRISTIE CANNON REALTY TEAM, | § | |
| INC. AND CHRISTIE CANNON, | § | |
| INDIVIDUALLY, | § | |
|    *Defendants* | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS

Defendants Christie Cannon Realty Team, Inc. and Christie Cannon, individually (collectively "Defendants") file this Notice of Appearance of Additional Counsel.

Defendants give notice to the Court, the Clerk of the Court, and Plaintiff that Defendants designate K. Shane Thomas and the law firm of Bell Nunnally & Martin LLP, as additional counsel of record for Defendants. Mr. Thomas is admitted to practice before the Eastern District of Texas. His information is below.

K. Shane Thomas
Texas Bar No. 24126045
sthomas@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75207
Telephone: 214-740-1400
Facsimile: 214-740-1499

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:    /s/ *K. Shane Thomas*
       Jay Wallace
       State Bar No. 20769200
       jwallace@bellnunnally.com
       Katie Beaird
       State Bar No. 24092099
       kbeaird@bellnunnally.com
       K. Shane Thomas
       State Bar No. 24126045
       sthomas@bellnunnally.com

2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel: 214/740-1400
Fax: 214/740-1499

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means:

Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

                    /s/ *K. Shane Thomas*
                    K. Shane Thomas