IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **HILARIE BURSTEN,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 4:24-cv-196-ALM |
| **CHRISTIE CANNON REALTY TEAM, INC. AND CHRISTIE CANNON, INDIVIDUALLY,** | § § § § § | |
| **Defendants.** | | |

## PROPOSED SCHEDULING ORDER DEADLINES

The following actions shall be completed by the date indicated. (The times indicated are the standard for most cases. Counsel should be prepared to explain the need for requested changes)

| | |
|---|---|
| June 10, 2024 (1 week after mgmt conf.) | Deadline for motions to transfer |
| July 15, 2024 (6 weeks after mgmt conf) | Deadline to add parties |
| August 30, 2024 | Mediation must occur by this date. (Should be as early as possible to avoid expense.) |
| August 1, 2024 | Deadline by which the parties shall notify the Court of the name, address and phone number of the agreed upon mediator or request the court to select a mediator if they are unable to agree upon one. |
| August 12, 2024 (10 weeks after mgmt conf.) | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| August 26, 2024 (12 weeks after mgmt conf.) | Deadline for Plaintiff to file amended pleadings (A motion for leave to amend is not necessary.) |
| September 9, 2024 | Disclosure of expert testimony pursuant |

| | |
|---|---|
| (14 weeks after mgmt conf.) | to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof |
| **Plaintiff: October 21, 2024;** <br> **Defendant: November 1, 2024** <br><br> (6 weeks after disclosure of an expert is made) | Deadline to object to any other party's expert witnesses. Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection |
| September 9, 2024 <br> (14 weeks after mgmt conf.) | Deadline for Defendants' final amended pleadings (A motion for leave to amend is not necessary.) |
| September 9, 2024 <br> (14 weeks after mgmt conf. no later than 110 days prior to D/L for submission of JPTO) | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| November 18, 2024 <br> (24 weeks after mgmt conf.) | All discovery shall be commenced in time to be completed by this date. |
| February 20, 2024 <br> (6 weeks before final pre-trial conf. "ptc") | Notice of intent to offer certified records |
| February 20, 2024 <br> (6 weeks before final ptc) | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| February 27, 2024 <br> (5 weeks before final ptc) | Deposition Designation due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. |

2

|  |  |
|---|---|
|  | The party who served an initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties designations and the court's rulings on objections. |
| <u>March 4, 2025</u><br>(30 days before final ptc) | Motions in limine due<br>File Joint Final Pretrial Order |
| <u>March 20, 2025</u><br>(2 weeks before final ptc) | Response to motions in limine due<br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend deadline to object to expert witnesses.)<br>File Proposed Jury Instructions/Form of Verdict<br>(or Proposed Findings of Fact and Conclusions of Law) |
| Date will be set by Court. Usually within 10 days prior to docket call. | If numerous objections are filed the court may set a hearing to consider all pending motions and objections. |
| <u>April 3, 2025</u> | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas.  All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| To Be Determined | 10:00 a.m.  Jury selection and trial (or bench trial) at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas.  Cases that remain for trial following the Court's Pretrial docket will be tried between May 5, 2025, and May 30, 2025.  A specific trial date in this time frame will be selected at the Final Pretrial Conference. |