# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| HILARIE BURSTEN | § | |
| | § | |
| V. | § | Civil Action No. 4:24cv196 |
| | § | Judge Mazzant |
| CHRISTIE CANNON REALTY TEAM, INC. AND CHRISTIE CANNON | § § | |

## ORDER

It is hereby ORDERED that the parties shall file a Status Report, no later than March 21, 2025, advising the Court of the status of this case.

**IT IS SO ORDERED.**

SIGNED this 11th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE