**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **HILARIE BURSTEN,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | Case No. 4:24-cv-196-ALM |
| § | |
| **CHRISTIE CANNON REALTY TEAM,** § | |
| **INC. AND CHRISTIE CANNON,** § | |
| **INDIVIDUALLY,** § | |
| § | |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hilarie Bursten and Defendants Christie Cannon Realty Team, Inc. and Christie Cannon, Individually ("Defendants") file this Joint Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendants. Plaintiff and Defendants will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendants.

Respectfully submitted,

WELMAKER LAW, PLLC


By: /s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com


**ATTORNEY FOR PLAINTIFF**

BELL NUNNALLY & MARTIN LLP


By: /s/ Katie Beaird
Jay Wallace
State Bar No. 20769200
jwallace@bellnunnally.com

Katie Beaird
State Bar No. 24092099
kbeaird@bellnunnally.com

K. Shane Thomas
State Bar No. 24126045
sthomas@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel: 214/740-1400
Fax: 214/740-1499


**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Stipulation of Dismissal with Prejudice has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on March 12, 2025.

      /s/ Douglas B. Welmaker
      Douglas B. Welmaker