IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **HILARIE BURSTEN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 4:24-cv-196-ALM |
| | § | |
| **CHRISTIE CANNON REALTY TEAM, INC. AND CHRISTIE CANNON, INDIVIDUALLY,** | § § § § | |
| **Defendants.** | | |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiff's claims against Defendants are hereby dismissed with prejudice.