IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **HILARIE BURSTEN,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 4:24-cv-196-ALM |
| § | |
| **CHRISTIE CANNON REALTY TEAM,** § | |
| **INC. AND CHRISTIE CANNON,** § | |
| **INDIVIDUALLY,** § | |
| § | |
| **Defendants.** | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. Having considered the same, it is the opinion of the Court that the Joint Stipulation of Dismissal with Prejudice should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiff's claims against Defendants are hereby dismissed with prejudice. Plaintiff and Defendants will bear their own costs of suit.

**IT IS SO ORDERED.**
**SIGNED this 18th day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE